RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Clayton John

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAYTON JOHN,<br><br>        Defendant. | Case No. 2:11-cr-00252-GMN-CWH<br>Case No. 2:17-cr-00323-APG-CWH<br><br>**STIPULATION TO CONSOLIDATE CASES**<br><br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Clayton John, jointly move the Court to consolidate the above captioned cases under a single case number, preferably 2:17-cr-00323-APG-CWH.

      This Stipulation to Consolidate is entered into for the following reasons:

      1.     On October 11, 2017, Mr. John made his initial appearance on a revocation of supervised release petition in Case No. 2:11-cr-00252-GMN-CWH. In addition to the revocation of supervised release petition, Mr. John has a pending criminal indictment in Case No. 2:17-cr-00323-APG-CWH. The revocation of supervised release hearing is currently set

for January 10, 2018 at 8:00 am.  The calendar call is currently set for March 6, 2018 at 8:45 am and trial for March 12, 2018 at 9:00 am on the pending criminal indictment case.  The violation of supervised release petition and the criminal indictment allege the same criminal conduct.

2. The parties are in the process of negotiating a global resolution in the revocation petition 2:11-cr-00252-GMN-CWH and in the pending criminal indictment 2:17-cr-00323-APG-CWH.  Because the criminal indictment and revocation of supervised release petition are inextricably linked they should be consolidated.  Additionally, the interests of judicial economy and efficiency would be served by joining the matters.  Thus the parties would request the matters be consolidated and the revocation hearing set on the same day as sentencing and held first in time in accordance with the court's schedule.

3. The parties respectfully request that Mr. John's supervised release hearing before Judge Gloria M. Navarro be vacated and reset before Judge Andrew P. Gordon.

DATED this 7th day of December, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAYTON JOHN,<br><br>　　　　Defendant. | Case No. 2:11-cr-00252-GMN-CWH<br>Case No. 2:17-cr-00323-APG-CWH<br><u>ORDER</u> |

### **<u>ORDER</u>**

　　IT IS ORDERED that the two cases 2:11-cr-00252-GMN-CWH and 2:17-cr-00323-APG-CWH be consolidated and combined before the honorable Judge Andrew P. Gordon.

　　IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for January 10, 2018, at the hour of 8:00 a.m. before Judge Gloria M. Navarro, be vacated and continued to <u>　April 19, 2018　</u> at the hour of <u>　9:30　a</u>.m. before Judge Andrew P. Gordon in Courtroom 6C.

　　　　　　　　　　　　　　　　　　　<u>　　　　　　　　　　　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE